IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JASON LOCKBAUM, | ) | Case 09-5704 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**FINAL REPORT AND ACCOUNT**

NOW COMES JASON LOCKBAUM, Debtor, by and through his Attorneys, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, and submits this Final Report and Account, stating as follows:

1. On February 23, 2009, Jason Lockbaum, ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. On December 1, 2009, this case was converted to a case under Chapter 11 of the Bankruptcy Code.

3. On May 13, 2010, this case was converted to a case under Chapter 7 of the Bankruptcy Code.

4. Philip Levey ("Trustee") has been re-appointed as interim Chapter 7 Trustee and continues to serve in such capacity.

5. By virtue of the case law regarding property of the estate after conversion, in which the assets of the estate are determined with reference to the date of the filing of the original case, there are no assets, other than those originally scheduled, to turn over to the trustee as there were no assets at the filing of the case on February 23, 2009. The Trustee previously filed a no asset report regarding those assets on April 3, 2009.

6. Pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, the Debtor must file a schedule of unpaid post-petition liabilities in the Chapter 11 case. The Debtor has filed said schedule.

        Respectfully Submitted
        Jason Lockbaum

        By: /s/Jeffrey C. Dan
            One of his attorneys

**DEBTOR'S COUNSEL:**
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
ARTHUR G. SIMON, ESQ. (Atty No. 03124481)
CRANE, HEYMAN, SIMON, WELCH & CAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
312) 641-6777

## VERIFICATION

I, Jason Lockbaum, Debtor, verify that I have read the foregoing Final Report and Account and that the information contained therein is true and accurate to the best of my knowledge, information and belief.

Date: May 24, 2010

                          Jason Lockbaum