# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
LOCKBAUM, JASON § Case No. 09-05704
 § 
    Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/07/2012 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                              Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LOCKBAUM, JASON § Case No. 09-05704
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 23,405.22 |
| and approved disbursements of | $ | 2,227.67 |
| leaving a balance on hand of[1] | $ | 21,177.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 3,090.52 | $ 0.00 | $ 3,090.52 |
| Trustee Expenses: Phillip D. Levey | $ 54.91 | $ 0.00 | $ 54.91 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 8,943.75 | $ 0.00 | $ 8,943.75 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: International Sureties, Ltd. | $ 13.06 | $ 13.06 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 12,414.18 |
| Remaining Balance | | $ | 8,763.37 |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Crane, Heyman, Simon, Welch & Clar | $ 22,260.15 | $ 13,240.00 | $ 8,763.37 |

Total to be paid for prior chapter administrative expenses       $       8,763.37

Remaining Balance       $       0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 311,114.40 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | PNC BANK | $ 263,804.67 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank | $ 8,258.66 | $ 0.00 | $ 0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 5,693.09 | $ 0.00 | $ 0.00 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 25,664.80 | $ 0.00 | $ 0.00 |
| 000008 | Fia Card Services, NA/Bank of America | $ 7,693.18 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $       0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jason Lockbaum  
    Debtor

Case No. 09-05704-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: vwalker     Page 1 of 2     Date Rcvd: Jul 09, 2012  
                  Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2012.

```
db          +Jason Lockbaum,    1743 W. Augusta Blvd., #3,    Chicago, IL 60622-4513
13556700    +American Home Mortgage,    PO Box 660029,    Dallas, TX 75266-0029
13556702    +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13556701    +Bank of America,    PO Box 21848,    Greensboro, NC 27420-1848
13556703    +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
13556704    +Billy Marino,    4117 N. Lowell,    Chicago, IL 60641-1936
13556705    +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
13556706     Citi Bank,    PO Box 688909,    Des Moines, IA 50368
13556707     Citi Bank,    PO Box 688907,    Des Moines, IA 50368
13899264    +Hinsdale Bank & Trust Co.,    Donald Newman,    11 S LaSalle St,    Ste 1500,    Chgo IL 60603-1224
13556711    +National City,    PO Box 5570,    Cleveland, OH 44101-0570
13556712    +National City Mortgage,    PO Box 533510,    Atlanta, GA 30353-3510
14888779    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13556713    +Robbie Ryan,    2842 S. Lock St.,    Chicago, IL 60608-5444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15236384     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13556709    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12     Discover Card,    PO Box 6103,
              Carol Stream, IL 60197-6103
16701902     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2012 02:32:55
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
13556710    +E-mail/Text: pgray@hinsdalebank.com Jul 10 2012 01:16:50     Hinsdale Bank & Trust,
              25 E. First St.,    Hinsdale, IL 60521-4119
15385810    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 10 2012 01:13:52
              PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15699310     Office of the U.S. Trustee
13556708    ##+Danny Miller,    5555 N. Cumberland Ave., Unit 503,    Chicago, IL 60656-1494
13556714    ##+Steve McNay & Kelliday,    2640 N. Avondale Ave., Unit C,    Chicago, IL 60647-6401
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 11, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 2 of 2                  Date Rcvd: Jul 09, 2012
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2012 at the address(es) listed below:

```
          Arthur G Simon    on behalf of Debtor Jason Lockbaum asimon@craneheyman.com,
           gbalderas@craneheyman.com;sclar@craneheyman.com
          Christopher M Brown    on behalf of Creditor  American Home Mortgage Servicing, Inc.
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Donald L. Newman    on behalf of Creditor  Hinsdale Bank & Trust Co. dnewmanassoc@yahoo.com,
           dnewmanassoc@yahoo.com
          Faiq  Mihlar    on behalf of Creditor  National City Bank as Successor by Merger to National City
           Mortgage Co. shellyhood@hsbattys.com,
           jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
          Jeffrey C Dan    on behalf of Attorney  Crane, Heyman, Simon, Welch & Clar jdan@craneheyman.com,
           gbalderas@craneheyman.com;dwelch@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
          Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
          Richard C Friedman    on behalf of U.S. Trustee Patrick Layng rcfwilmette@gmail.com
                                                                                             TOTAL: 9
```