UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
                                                §
LOCKBAUM, JASON                                 §   Case No. 09-05704
                                                §
         Debtor(s)                              §
                                                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on           , and it was converted to chapter 7 on          . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Phillip D. Levey_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Home Mortgage PO Box 660029 Dallas, TX 75266 |  |  |  |  |  |
|  | Bank of America PO Box 21848 Greensboro, NC 27420 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hinsdale Bank & Trust 25 E. First St. Hinsdale, IL 60521 | | | | | |
| | National City Mortgage PO Box 533510 Atlanta, GA 30353 | | | | | |
| 000007 | HINSDALE BANK & TRUST CO. | | | | | |
| 000001 | HINSDALE BANK & TRUST CO. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRANE, HEYMAN, SIMON, WELCH & CLAR | | | | | |
| LOCKBAUM, JASON | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15019 Wilmington, DE 19886 | | | | | |
| | Beneficial PO Box 17574 Baltimore, MD 21297 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Citi Bank PO Box 688907 Des Moines, IA 50368 | | | | | |
| | Citi Bank PO Box 688909 Des Moines, IA 50368 | | | | | |
| | Discover Card PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | National City PO Box 5570 Cleveland, OH 44101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | PNC BANK | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-05704 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LOCKBAUM, JASON | | | Date Filed (f) or Converted (c): | 05/13/10 (c) |
| | | | | 341(a) Meeting Date: | 06/25/10 |
| For Period Ending: 09/20/12 | | | | Claims Bar Date: | 01/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Post-Petition Rent (u) | 0.00 | 23,400.00 | | 23,400.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.45 | Unknown |
| 3. 1743 W. Augusta, Chicago, IL | 365,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 2640 Avondale, Unit 3, Chicago, IL | 333,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 2004 Audi A8 | 17,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Watches-3 | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Golf Clubs | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Bank Account - JP Morgan | 3,116.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Household Goods | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Dog | Unknown | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Claim Against Billy Marino | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Claim Against Robbie Ryan | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Claim Against Danny Miller | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 16. Loan - Rich Aigner | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

Case 09-05704   Doc 150   Filed 10/09/12   Entered 10/09/12 09:55:34   Desc Main
Document      Page 9 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-05704 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | LOCKBAUM, JASON | | | Date Filed (f) or Converted (c): | 05/13/10 (c) |
| | | | | 341(a) Meeting Date: | 06/25/10 |
| | | | | Claims Bar Date: | 01/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,114,116.00 | $23,400.00 | | $23,405.45 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-05704 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | LOCKBAUM, JASON | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5685 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3979 | | | |
| For Period Ending: | 09/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/07/10 | 1 | Jason Lockbaum | Turnover of Funds Per Order | 1222-000 | 23,400.00 | | 23,400.00 |
| | | 1743 West Augusta - #3F | | | | | |
| | | Chicago, IL | | | | | |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 23,400.38 |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,400.97 |
| 12/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,401.57 |
| 01/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,402.17 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,402.35 |
| 03/08/11 | 000101 | Jason Lockbaum | Payment of Administrative Claim | 6950-000 | | 2,010.00 | 21,392.35 |
| | | | Pursuant to Order Dated March 8, 2011 | | | | |
| 03/08/11 | 000102 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 13.06 | 21,379.29 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,379.48 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,379.65 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,379.84 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,380.02 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,380.20 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,380.38 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,380.56 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,380.74 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.24 | 21,353.50 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,353.68 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.33 | 21,327.35 |
| 12/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,327.53 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.29 | 21,301.24 |
| 01/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,301.43 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.94 | 21,273.49 |

Page Subtotals    23,404.35    2,130.86

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-05704 -CAD | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | LOCKBAUM, JASON | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5685 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3979 | | | |
| For Period Ending: | 09/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,273.66 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.28 | 21,248.38 |
| 03/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,248.55 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.13 | 21,222.42 |
| 04/05/12 | 000103 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 18.45 | 21,203.97 |
| 04/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,204.15 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.95 | 21,177.20 |
| 05/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,177.38 |
| 06/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,177.55 |
| 07/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,177.74 |
| 08/08/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 21,177.78 |
| 08/08/12 | | Transfer to Acct #*******4931 | Final Posting Transfer | 9999-000 | | 21,177.78 | 0.00 |

| | COLUMN TOTALS | 23,405.45 | 23,405.45 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 21,177.78 | |
| | Subtotal | 23,405.45 | 2,227.67 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 23,405.45 | 2,227.67 | |

Page Subtotals  1.10  21,274.59

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-05704 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | LOCKBAUM, JASON | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3979 | | | |
| For Period Ending: | 09/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/12 | | Transfer from Acct #*******5685 | Transfer In From MMA Account | 9999-000 | 21,177.78 | | 21,177.78 |
| 08/09/12 | 000101 | PHILLIP D. LEVEY  2722 NORTH RACINE AVENUE  CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,090.55 | 18,087.23 |
| 08/09/12 | 000102 | PHILLIP D. LEVEY  2722 NORTH RACINE AVENUE  CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 54.91 | 18,032.32 |
| 08/09/12 | 000103 | Office of the U.S. Trustee  <B>(ADMINISTRATIVE)</B> | Claim 000006A, Payment 100.00000% | 2950-000 | | 325.00 | 17,707.32 |
| 08/09/12 | 000104 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,943.75 | 8,763.57 |
| 08/09/12 | 000105 | Crane, Heyman, Simon, Welch & Clar | Attorney for D-I-P Fees (Chapter 11 | 6210-160 | | 8,763.57 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 21,177.78    21,177.78    0.00 |
| Less: Bank Transfers/CD's | 21,177.78    0.00 |
| Subtotal | 0.00    21,177.78 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00    21,177.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5685) | 23,405.45 | 2,227.67 | 0.00 |
| Checking Account (Non-Interest Earn - ********4931) | 0.00 | 21,177.78 | 0.00 |
| | 23,405.45 | 23,405.45 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    21,177.78    21,177.78

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-05704 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | LOCKBAUM, JASON | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4931 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3979 | | | |
| For Period Ending: | 09/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals     0.00     0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*